# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

URUNOV ANVAR,

        Petitioner,

    v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,

        Respondents.

No. 5:25-cv-02602-WLH-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted.

2.    The Petition is denied.

3.    Judgment shall be entered dismissing this action without prejudice.

4.    The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED:  February 13, 2026

_____
HONORABLE WESLEY H. HSU
UNITED STATES DISTRICT JUDGE

2