JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

URUNOV ANVAR,

           Petitioner,

     v.

WARDEN, ADELANTO ICE
PROCESSING CENTER, et al.,

        Respondents.

No. 5:25-cv-02602-WLH-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice.

DATED: February 13, 2026



_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE